EDWARD N. GARNO<br>
ATTORNEY AT LAW<br>
592 ESSEX STREET<br>
LAWRENCE, MA 01840<br>
978-687-7805

April 19, 2005

Tony Anastas, Clerk
United States District Court
For the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Jeffrey Smith v Charlie's Place, Inc. 04-12447-RCL

Dear Mr. Anastas:

Kindly note my new address as listed above. Thank you for your service.

Very truly yours,

Edward N. Garno

cc  Stephen Lyons, Esq.